IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN CULVER, THOMAS HEAPE, ROY THOMAS EIDSON, ANASTASIA COX, CORDELIA GOBER, and JOSHUA LAWSON, individually and on behalf of all similarly-situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>ATM RESPONSE, INC., and CLAYTON BRASWELL,<br><br>    Defendants. | Civil Action No. 1:20-cv-03551-TWT<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's July 8, 2021 Order (Doc. 56), the Parties hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted, this 20th day of January 2022.

| | |
|---|---|
| */s/ Justin M. Scott*<br>Justin M. Scott<br>Georgia Bar No. 557463<br>Michael D. Forrest<br>Georgia Bar No. 974300<br>SCOTT EMPLOYMENT LAW, P.C.<br>160 Clairemont Avenue, Suite 610 | */s/ Mary Trachian-Bradley*<br>Mary Trachian-Bradley, Esq.<br>Georgia Bar No. 774440<br>Byron M.G. Sanford, Esq.<br>Georgia Bar No. 005055<br>BRISKIN, CROSS & SANFORD, |

1

Decatur, Georgia 30030
Telephone: 678.780.4880
Facsimile: 478.575.2590
jscott@scottemploymentlaw.com
mforrest@scottemploymentlaw.com

Counsel for Plaintiffs

LLC
33 S Main Street, Suite 300
Alpharetta, GA 30009
Telephone: (770) 410-1555
bsanford@briskinlaw.com
mtrachian@briskinlaw.com

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| JONATHAN CULVER, THOMAS HEAPE, ROY THOMAS EIDSON, ANASTASIA COX, CORDELIA GOBER, and JOSHUA LAWSON, individually and on behalf of all similarly-situated persons,<br><br>   Plaintiffs,<br><br>v.<br><br>ATM RESPONSE, INC., and CLAYTON BRASWELL,<br><br>   Defendants. | Civil Action No. 1:20-cv-03551-TWT<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send electronic notification of such filing to all counsel of record.

Respectfully submitted, this 20th day of January 2022.

/s/ *Justin M. Scott*
Justin M. Scott
Georgia Bar No. 557463
Michael D. Forrest
Georgia Bar No. 974300
SCOTT EMPLOYMENT LAW, P.C.
160 Clairemont Avenue, Suite 610

Decatur, Georgia 30030
Telephone: 678.780.4880
Facsimile: 478.575.2590
jscott@scottemploymentlaw.com
mforrest@scottemploymentlaw.com

Counsel for Plaintiffs

2